HAROLD DE GRAW, Appellant, *v.* CORNING HOSPITAL, Respondent, et al., Defendants.

CAROLYN DE GRAW, an Infant, by ALICE DE GRAW, Her Guardian ad Litem, Appellant, *v.* CORNING HOSPITAL, Respondent, et al., Defendants.

Argued March 8, 1951; decided April 12, 1951.

*James M. Ryan* for appellants.
*John W. Hollis* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.